| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

HOUSTON  DIVISION

| UNITED STATES OF AMERICA | NOTICE OF RESETTING |
|---|---|
| v.<br>**GWENDOLYN M. BERRY** | **4:17CR385** |

## You Are Directed To Appear Before:

### JUDGE NANCY JOHNSON
### Courtroom 700
United States Courthouse
515 Rusk Avenue
Houston, Texas  77002

## DATE : SEPTEMBER 28, 2018 AT 10:00 A.M.

### Purpose of Proceeding

# MOTION HEARING

cc:  AUSA - **MARTHA A. MINNIS**

Defendant's Counsel- **MICHAEL M. ESSMYER, SR.**

U. S. Marshal

Interpreter-

Pretrial  Officer:

**David Bradley, Clerk**

By Deputy   l   Shannon Jones           Date:    09.13.2018